1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                       **FOR THE DISTRICT OF ARIZONA**
8

9    Morgan Matchett,                          No. CV-25-00457-TUC-SHR

10                   Plaintiff,                 **Order Adopting R&R and Referring Case to Magistrate Judge**

11   v.

12   Commissioner    of    Social    Security
     Administration,
13

14                   Defendant.

15

16          Having reviewed Plaintiff's Application for Leave to Proceed In Forma Pauperis

17   (Doc. 2), Judge Kimmins' Report & Recommendation ("R&R") recommending denying

18   the Application (Doc. 6), and Plaintiff's Declaration of No Objection (Doc. 11),

19          **IT IS ORDERED** the R&R (Doc. 6) is **ADOPTED**.  Plaintiff's Application for

20   Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

21          **IT IS FURTHER ORDERED** this case, reassigned to the Honorable Scott H.

22   Rash, is hereby referred to Magistrate Judge Lynette C. Kimmins for all pretrial

23   proceedings and a report and recommendation in accordance with 28 U.S.C. § 636(b)(1),

24   Fed. R. Civ. P. 72, and 72.2. of the Rules of Practice of the United States District Court for

25   the District of Arizona.  All future filings in this case shall be designated:

26                            **CV-25-00457-TUC-SHR (LCK)**.

27          Dated this 25th day of August, 2025.

28

                                                    Honorable Scott H. Rash
                                                    United States District Judge